NO CV-30
FEE PAID
FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE JAMES** ) | **JURY TRIAL DEMANDED** |
|     **Plaintiff,** ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. **2:22-CV-03535-AB-PDx** |
| ) | |
| ) | |
| ) | |
| **H & R ACCOUNTS, INC.** ) | |
|     **Defendant.** ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## I.   INTRODUCTION

1.   This is an action for actual and statutory damages brought by Plaintiff Kyle James, an individual consumer, against Defendant H & R Accounts, Inc., ("HRAI") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.   JURISDICTION AND VENUE

2.   Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendant transact business in

Los Angeles, Los Angeles County, California, and the conduct complained of occurred in Los Angeles, Los Angeles County, California.

### III.   PARTIES

3. Plaintiff Kyle James (hereinafter "Mr. James") is a natural person. Mr. James has been assigned 100 percent of these claim(s) by Alexys Brandon. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant H & R Accounts, Inc. is an Illinois corporation with its principal place of business located at 5320 22nd Avenue, Moline, IL 61265.

5. Upon information and belief, Defendant H & R Accounts, Inc. Registered Agent is located at 251 Little Falls Drive, Wilmington, New Castle, DE 19808. Entity Number: C1592199. Formation Date: 31 July 1987.

6. Defendant H & R Accounts, Inc. is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

7. The term "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation

has been reduced to judgment, as defined by the FDCPA, 15 U.S.C 1692a(5).

## IV.   FACTS OF THE COMPLAINT

8. Defendant H & R Accounts, Inc., (hereinafter referred to as "Debt Collector") is "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

9. In the month of December 2021, Ms. Brandon reviewed her credit report on "Experian."

10. On the credit report, Ms. Brandon observed trade lines from all Debt Collectors.

11. Debt Collector H & R Accounts, Inc. furnished a trade line of $4,929.00, allegedly owed to Banner Health.

12. On December 28, 2021, Ms. Brandon spoke with the Debt Collector's representative, via telephone. While on the telephone, Debt Collector's representative said the actual date of last payment was April 24, 2021.

13. Debt Collector reported an open date on the listed trade line to be December 2, 2021. Therefore, the Debt Collector reported a false and different open/defaulted date when the Debt Collector knew the true open date was April 24, 2021.

14. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff and

caused severe humiliation, emotional distress, mental anguish and damage to his FICO scores.

### V. FIRST CLAIM FOR RELIEF
### (Defendant H & R Accounts, Inc.)
### 15 U.S.C. §1692e(8) 15 U.S.C. §1692e(2)

15. Ms. Brandon re-alleges and reincorporates all previous paragraphs as if fully set out herein.

16. The Debt Collector violated the FDCPA.

17. The Debt Collector's violations include, but are not limited to, the following: 15 U.S.C § 1692e(8) and 15 U.S.C § 1692e(2) of the FDCPA by reporting a third party (consumer reporting agencies) false information when it knew from its own records the true open date.

18. As a result of the above violations of the FDCPA, the Defendant is liable to Plaintiff actual damages, statutory damages and cost.

### VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Kyle James respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

                                            Respectfully submitted:

*/s/ K. C. James*

Kyle James
333 Washington Blvd
Marina Del Rey, CA 90292
310-925-5830
kejames2389@gmail.com

Page 5 of 5

## ASSIGNMENT OF CLAIM FOR DAMAGES

FOR VALUE RECEIVED, Alexys Brandon ("Assignor"), whose address is 518 W Gary Way Phoenix, AZ 85041, hereby transfers 100% interest to Kyle James ("Assignee"), whose address is 333 Washington Blvd Marina Del Rey, CA 90292, and its successors, assigns, and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever, which the undersigned has or may have against any person or persons arising from the following types of claims:

1. the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681-168lx;
2. the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§1692-1692p,
3. Uniform Commercial Code, Article 9, Part 6,
4. the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §§ 2601-2617, and
5. Any applicable state laws related to a consumer law, tort, and negligence legal claims.

The Assignee may in its own name, or under the Assignor's name, and for its own benefit prosecute, collect, settle, compromise, and grant releases on said claim(s) in its sole discretion deemed advisable. Signature or action on this Assignment by Assignee constitutes acceptance. Your assistance is needed until the closing of the case.

Signed under seal on the date indicated below.

**ASSIGNOR**

DocuSigned by: *[signature]* 50420BDA90E5493...

5/5/2022
Date

Accepted by:

**ASSIGNEE**

DocuSigned by: *[signature]* B92B945EE78646A...

5/5/2022
Date